UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:09-CR-32-1BO
5:08-CR-377-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| MONROE HAROLD SMITH | ) | |

Upon the unopposed motion of the Government and for good cause shown, it is hereby ORDERED that the sentencing hearing in this matter, and the concurrent revocation hearing in case number 5:08-CR-377-1BO, be continued until this court's September 2010 term.

This the 8 day of July, 2010.

TERRENCE W. BOYLE
United States District Judge